# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1365
Lower Tribunal No. 2022-CF-004078

_____

KAIRO ROMELL SHAMEER MCDUFFIE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Michael P. McDaniel and Michelle O. Pincket, Judges.

January 6, 2026

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and BROWNLEE, JJ., concur.


Blair Allen, Public Defender, and David L. Redfearn, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Alicia M. Winterkorn, Assistant Attorney General, Tampa, for Appellee


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED